**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SHOWTIME NETWORKS INC., SHOWTIME DIGITAL INC., AND PARAMOUNT GLOBAL,<br><br>　　　　　　　Defendants. | Civil Action No. 24-cv-1103<br><br>**DECLARATION OF MICHAEL H. JONES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

　　　　I, Michael H. Jones, hereby declare and state as follows:

　　　　1.　　I am an attorney with the firm Rothwell, Figg, Ernst & Manbeck, P.C., counsel for Defendants Showtime Networks Inc., Showtime Digital Inc., and Paramount Global (collectively, "Defendants"). I am a member in good standing of the bar of the District of Columbia and Virginia.

　　　　2.　　I am familiar with the facts and circumstances stated in this Declaration and respectfully submit this declaration in support of Defendants Motion to Dismiss the Complaint. The matters stated herein are based on my personal knowledge or based on existing litigation records, and if called as a witness, could competently testify thereto.

　　　　3.　　On February 15, 2024, Plaintiff Quantum Technology Innovations, LLC filed a complaint against Defendants asserting patent infringement of U.S. Patent No. 7,650,376. *See* Dkt. 1 at 9-11.

　　　　4.　　Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 7,650,376 (the "'376 Patent").

1

5.      Attached hereto as Exhibit B is a true and correct copy of a Statement Under 37 CFR 3.373(c), with a Patent Assignment Cover Sheet and Assignment of Patent Rights, which were filed with the United States Patent and Trademark Office (USPTO) with respect to the '376 Patent, as publicly available from the USPTO.

6.      Attached hereto as Exhibit C is a true and correct copy of excerpts of the File History for the '376 Patent, which were retrieved from the USPTO's website, patentcenter.uspto.gov.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in Crozet, VA on April 27, 2024.

*/Michael H. Jones/*

Michael H. Jones
