## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>SHOWTIME NETWORKS INC., SHOWTIME DIGITAL INC., AND PARAMOUNT GLOBAL,<br><br>     Defendants. | Civil Action No. 24-cv-1103<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Showtime Networks Inc., Showtime Digital Inc., and Paramount Global (collectively, "Defendants"), by their undersigned attorneys, certify that:

Paramount Global is a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of Paramount Global. Paramount Global is not aware, without further inquiry, of any publicly held corporation owning 10% or more of its total common stock, i.e., Class A and Class B on a combined basis.

Showtime Networks Inc. and Showtime Digital Inc. are wholly-owned subsidiaries of Paramount Global.

Dated: April 29, 2024              Respectfully submitted,

                  By:   */s/ Sharon L. Davis*
                      Sharon L. Davis (*pro hac vice*)

                      sdavis@rothwellfigg.com
                      Steven M. Lieberman (Bar No. SL8687)
                      slieberman@rothwellfigg.com

Michael H. Jones (*pro hac vice*)
mjones@rothwellfigg.com
Rothwell, Figg, Ernst & Manbeck P.C.
901 New York Avenue, N.W. Suite 900 E
Washington, DC 20005
Telephone: (202) 783-6040
Facsimile: (202) 783-6031

*Attorneys for Defendants Showtime Networks Inc., Showtime Digital Inc., and Paramount Global*