EXHIBIT 2 - CLAIM CHART

**Infringement Claim Chart for U.S. Pat. No. 7,650,376 v. Showtime Networks Inc., ("Defendant")**

| Claim 37 | Evidence |
|---|---|
| 37. A computer readable storage medium or media encoded with one or more computer programs including instructions for effecting the provision of content over a network, comprising: | Defendant (Showtime Networks Inc) provides an app i.e., the media encoded with a computer program (Showtime app) and includes instructions for effecting the provision of content (i.e., movies, series, sports, comedy, etc.) over a network (i.e., internet).<br><br>Source: https://www.sho.com/<br><br>Source: https://www.sho.com/showtime-anytime |



```
<meta name="twitter:card" content="summary_large_image">
<meta name="twitter:site" content="@Showtime">
<meta property="fb:app_id" content="132432090187">
<meta property="fb:admins" content="1466768414">
<meta property="og:image:width" content="1280">
<meta property="og:image:height" content="640">
<meta name="msvalidate.01" content="E7A9EF79C28634AA3CA5341552C584D5">
<link rel="canonical" href="https://www.sho.com"> == $0
<meta property="og:url" content="https://www.sho.com">
<title>SHOWTIME Official Site</title>
<meta property="og:title" content="SHOWTIME Official Site">
<meta name="description" content="SHOWTIME official site, featuring Billions, Dexter: New Blood, The Chi, and other popular original series. Schedule, episode guides, videos and more.">
<meta property="og:description" content="SHOWTIME official site, featuring Billions, Dexter: New Blood, The Chi, and other popular original series. Schedule, episode guides, videos and mor
<meta name="page-tracking" content="sho:home">
<meta property="og:image" content="https://www.sho.com/site/image-bin/images/0_0_0/0_0_0_prm-ogsho_1280x640.jpg">
<meta name="sho:image" content="https://www.sho.com/site/image-bin/images/0_0_0/0_0_0_prm-ogsho_1280x640.jpg">
<script src="https://cdn.optimizely.com/js/16939480261.js"></script>
<style type="text/css">…</style>
<!-- BEGIN onetrust/optanon for all environments [isLiveServer=true]-->
<script src="https://cdn.cookielaw.org/scripttemplates/otSDKStub.js" data-domain-script="26be3d9b-65cb-4c6e-a3f6-d0d1ee1f4ae2" type="text/javascript" charset="UTF-8"></script>
<script type="text/javascript">…</script>
<script src="//production-cmp.isgprivacy.cbsi.com/dist/optanon-v1.1.0.js" type="text/javascript" async></script>
<!-- END onetrust/optanon -->
<script src="/www/sho/lib/omniture/VisitorAPI.js"></script>
<link rel="shortcut icon" href="https://www.sho.com/assets/images/favicon/favicon.ico">
<link rel="stylesheet" href="/www/sho/stylesheets/sho.min.css?v=7.253.3">
<link href="//players.brightcove.net/videojs-ima3/2/videojs.ima3.min.css" rel="stylesheet">
<script> var omniture_rsid = "cbssho,cbsshoglobal"; </script>
<script src="https://cdn.cookielaw.org/scripttemplates/6.23.0/otBannerSdk.js" async type="text/javascript"></script>
<script src="//production-cmp.isgprivacy.cbsi.com/cps/shamanNotifier.js" async></script>
<script src="//assets.adobedtm.com/b5d94cfc1912/eed19d587c79/launch-502b002068e8.min.js" async></script>
<!-- BEGIN sho overrides to onetrust's privacy policy overlay -->
<style type="text/css">…</style>
<!-- END sho overrides -->
```

Source: Actual usage of Chrome DevTools to show a computer-readable storage medium (e.g., server) including instructions for effecting the provision of content (i.e., movies, series, sports, comedy, etc.) over a network (i.e., internet).

a) instructions for receiving a request from a client for specified content;

As shown below, the Showtime app provides a user interface (presented through instructions within the app) that presents an interface to receive an input request from a user for specified content like movies, series, sports, comedy, etc.

Source: https://www.sho.com/super-pumped

```
▼<nav class="global-navigation js-global-navigation" data-context="global navigation">
  ▼<div class="global-navigation__inner">
    ▶<h1>…</h1>
    ▶<div class="global-navigation__menu-toggle">…</div> == $0
    ▼<div class="global-navigation__primary">
      ▼<ul class="global-navigation__primary-menu">
        ▶<li class="global-navigation__primary-menu-item series__flyout">…</li>
        ▶<li class="global-navigation__primary-menu-item series__link" style="display: none;">…</li>
        ▼<li class="global-navigation__primary-menu-item">
           <a id="movies" href="/movies" data-track data-label="movies">Movies</a>
         </li>
        ▶<li class="global-navigation__primary-menu-item">…</li>
        ▶<li class="global-navigation__primary-menu-item">…</li>
        ▶<li class="global-navigation__primary-menu-item">…</li>
       </ul>
     </div>
    ▼<div class="global-navigation__search-bar">
      ▼<form id="results-search-form" class="form--dark" action="/search/" method="GET">
         <input class="global-navigation__search-field" id="searchField" name="q" value placeholder="SEARCH" type="text">
       </form>
     </div>
    ▼<div class="global-navigation__right">
      ▶<ul class="global-navigation__right-menu">…</ul>
      ▶<div class="global-navigation__search-icon">…</div>
     </div>
     ::after
   </div>
   <div class="global-navigation__breadcrumb-mobile"> </div>
  ▶<div class="global-navigation__primary-mobile">…</div>
  ▼<div class="flyout-container">
    ▼<div class="flyout-container__inner">
      ▶<div class="series-drawer">…</div>
      ▼<div class="schedule-drawer">
        ▶<div class="schedule-drawer__inner">…</div>
        ▼<div class="schedule-drawer__footer">
```

Source: Actual usage of Chrome DevTools to show instructions for the Showtime global navigation menu or search bar to receive an input request from a user for specified content like movies, series, sports, comedy, etc.

| No. | Time | Source | Destination | Protocol | Length | Info |
|---|---|---|---|---|---|---|
| 526 | 7.739944 | 142.250.206.164 | 192.168.0.102 | QUIC | 68 | Protected Payload (KP0) |
| 527 | 7.755430 | 192.168.0.102 | 142.250.206.164 | QUIC | 614 | Protected Payload (KP0), DCID=c43b294c176c6070 |
| 528 | 7.757383 | 142.250.193.1 | 192.168.0.102 | QUIC | 67 | Protected Payload (KP0) |
| 529 | 7.761083 | 192.168.0.102 | 192.168.0.1 | DNS | 71 | Standard query 0x3a48 A www.sho.com |
| 530 | 7.779006 | 142.250.206.164 | 192.168.0.102 | QUIC | 71 | Protected Payload (KP0) |
| 531 | 7.791775 | 192.168.0.102 | 142.250.206.164 | QUIC | 75 | Protected Payload (KP0), DCID=c43b294c176c6070 |
| 532 | 7.797816 | 216.58.200.206 | 192.168.0.102 | QUIC | 827 | Protected Payload (KP0) |
| 533 | 7.798096 | 192.168.0.102 | 216.58.200.206 | QUIC | 77 | Protected Payload (KP0), DCID=511242807df96d2a |
| 534 | 7.801153 | 142.250.206.164 | 192.168.0.102 | QUIC | 71 | Protected Payload (KP0) |
| 535 | 7.801588 | 216.58.200.206 | 192.168.0.102 | QUIC | 127 | Protected Payload (KP0) |
| 536 | 7.809479 | 192.168.0.1 | 192.168.0.102 | DNS | 178 | Standard query response 0x3a48 A www.sho.com CNAME d3u4t8ed9u1m4u.cloudfront.net A 108.159.15.93 A |
| 537 | 7.810292 | 192.168.0.102 | 108.159.15.93 | TCP | 66 | 49978 → 443 [SYN] Seq=0 Win=64240 Len=0 MSS=1460 WS=256 SACK_PERM=1 |
| 538 | 7.813758 | 192.168.0.102 | 142.250.206.164 | QUIC | 75 | Protected Payload (KP0), DCID=c43b294c176c6070 |
| 539 | 7.827785 | 192.168.0.102 | 216.58.200.206 | QUIC | 75 | Protected Payload (KP0), DCID=511242807df96d2a |
| 540 | 7.852808 | 142.250.206.164 | 192.168.0.102 | QUIC | 68 | Protected Payload (KP0) |
| 541 | 7.853019 | 192.168.0.102 | 142.250.206.164 | QUIC | 76 | Protected Payload (KP0), DCID=c43b294c176c6070 |
| 542 | 7.854114 | 142.250.206.164 | 192.168.0.102 | QUIC | 78 | Protected Payload (KP0) |
| 543 | 7.854305 | 192.168.0.102 | 142.250.206.164 | QUIC | 79 | Protected Payload (KP0), DCID=c43b294c176c6070 |
| 544 | 7.863261 | 108.159.15.93 | 192.168.0.102 | TCP | 66 | 443 → 49978 [SYN, ACK] Seq=0 Ack=1 Win=65535 Len=0 MSS=1440 SACK_PERM=1 WS=256 |
| 545 | 7.863342 | 192.168.0.102 | 108.159.15.93 | TCP | 54 | 49978 → 443 [ACK] Seq=1 Ack=1 Win=132352 Len=0 |
| 546 | 7.863660 | 192.168.0.102 | 108.159.15.93 | TLSv1.3 | 571 | Client Hello |
| 547 | 7.869801 | 216.58.200.206 | 192.168.0.102 | QUIC | 67 | Protected Payload (KP0) |
| 548 | 7.880736 | 142.250.206.164 | 192.168.0.102 | QUIC | 68 | Protected Payload (KP0) |
| 549 | 7.880897 | 192.168.0.102 | 142.250.206.164 | QUIC | 76 | Protected Payload (KP0), DCID=c43b294c176c6070 |
| 550 | 7.882129 | 142.250.206.164 | 192.168.0.102 | QUIC | 78 | Protected Payload (KP0) |
| 551 | 7.882309 | 192.168.0.102 | 142.250.206.164 | QUIC | 79 | Protected Payload (KP0), DCID=c43b294c176c6070 |
| 552 | 7.909464 | 142.250.206.164 | 192.168.0.102 | QUIC | 68 | Protected Payload (KP0) |
| 553 | 7.916661 | 108.159.15.93 | 192.168.0.102 | TCP | 54 | 443 → 49978 [ACK] Seq=1 Ack=518 Win=66816 Len=0 |
| 554 | 7.917520 | 108.159.15.93 | 192.168.0.102 | TLSv1.3 | 1494 | Server Hello, Change Cipher Spec, Application Data |
| 555 | 7.917520 | 108.159.15.93 | 192.168.0.102 | TCP | 1494 | 443 → 49978 [PSH, ACK] Seq=1441 Ack=518 Win=66816 Len=1440 [TCP segment of a reassembled PDU] |

```
Connection-specific DNS Suffix  . :
Link-local IPv6 Address . . . . . : fe80::a437:640a:ebc8:5bcc%1
IPv4 Address. . . . . . . . . . . : 192.168.0.102
Subnet Mask . . . . . . . . . . . : 255.255.255.0
Default Gateway . . . . . . . . . : 192.168.0.1
```

Source: Actual usage of Wireshark (an open-source packet analyzer) shows the movement of packets between the core server (IP Address 108.159.15.93) and a client device (e.g., Analyst device - IP Address 192.168.0.102).

For example, when the Analyst (i.e., client) search for Showtime, then a packet transmits from the analyst device to the core server and in return, a packet is received which leads to open the Showtime website on the analyst's device where the analyst can request for specified content provided by different providers (as it can be clearly seen in the above snapshots for the packets movement).

<table>
<tr>
<td>b) instructions for communicating to the client the identity of a node server having the specified content stored thereon,</td>
<td>As shown below, when a user searches for any content (e.g., movies, series, sports, comedy, etc.) in the search bar of the Showtime application/web page, the instructions stored on the main server communicate the identity of the various serving nodes (i.e., various channels or media content providers, etc.) to the client device.<br><br><br><br><br>Source: https://www.sho.com/super-pumped<br><br><br><br><br>Source: https://www.sho.com/titles/3493874/the-humans</td>
</tr>
</table>

Name
the-humans-trailer
16939480261.js
otSDKStub.js
VisitorAPI.js
optanon-v1.1.0.js
launch-502b002068e8.min.js
1006531_2_0_01_150x225.jpg
0_0_3493874_trl01_1280x640.jpg
sho.min.js?v=7.253.3
26be3d9b-65cb-4c6e-a3f6-d0d1ee1f4ae2.json
sho.min.css?v=7.253.3
videojs.ima3.min.css
1035206_1_0_01_150x225.jpg
index.min.js
ff-din-web-bold.woff2
ff-din-web-light.woff2
ff-din-web-medium.woff2
geo4.js
otBannerSdk.js
shamanNotifier.js
showtime-logo.svg
play.svg
125 requests | 25.7 kB transferred | 32.6 MB resources | Finish: 1.3 min
Headers Preview Response Initiator Timing Cookies
General
Request URL: https://www.sho.com/video/76633/the-humans-trailer
Request Method: GET
Status Code: 200 OK
Remote Address: 108.159.15.93:443
Referrer Policy: strict-origin-when-cross-origin
Response Headers View source
Age: 63
Connection: keep-alive
Content-Encoding: gzip
Content-Language: en-US
Content-Type: text/html;charset=UTF-8
Date: Mon, 28 Feb 2022 15:07:16 GMT
Server: nginx/1.12.2
Set-Cookie: AWSALB=PKzCWXzGPJ+Z/uJPwNes8DwvwpNLw01VDymb5cRd2CdKi1P69iTMPxFFq3ZpHHG9SHzQ9guZ8VuvXEo+QVcrCg7DsSaGOZXep0ye/umG2A+rhuhkgoc2IyXWgjqT; Expires=Mon, 07 Mar 2022 15:07:16 GMT; Path=/
Set-Cookie: AWSALBCORS=PKzCWXzGPJ+Z/uJPwNes8DwvwpNLw01VDymb5cRd2CdKi1P69iTMPxFFq3ZpHHG9SHzQ9guZ8VuvXEo+QVcrCg7DsSaGOZXep0ye/umG2A+rhuhkgoc2IyXWgjqT; Expires=Mon, 07 Mar 2022 15:07:16 GMT; Path=/; SameSite=None
Set-Cookie: AWSALB=6O98WHh8UUUaBiiAyq90xSf4JL8cydBM4uYwdZOPvXNKF01gJa2KnN4zi9dfPu3jCL/9UZu+hjn0mWo3Nt/Bh5YKF3kLRWeDcLnTb9X5zNqfhRTH8DgOyViUmQSa; Expires=Mon, 07 Mar 2022 15:07:16 GMT; Path=/
Set-Cookie: AWSALBCORS=6O98WHh8UUUaBiiAyq90xSf4JL8cydBM4uYwdZOPvXNKF01gJa2KnN4zi9dfPu3jCL/9UZu+hjn0mWo3Nt/Bh5YKF3kLRWeDcLnTb9X5zNqfhRTH8DgOyViUmQSa; Expires=Mon, 07 Mar 2022 15:07:16 GMT; Path=/; SameSite=None
<meta property="og:image:width" content="1280">
<meta property="og:image:height" content="640">
<meta name="msvalidate.01" content="E7A9EF79C2B634AA3CA5341552C584D5">
<link rel="canonical" href="https://www.sho.com/video/76633/the-humans-trailer"> == $0
<meta property="og:url" content="https://www.sho.com/video/76633/the-humans-trailer">
<title> The Humans Trailer | SHOWTIME</title>
<meta property="og:title" content="The Humans Trailer | SHOWTIME">
<meta name="description" content="As three generations of Erik Blake's family gather to celebrate Thanksgiving at his daughter's apartment in Manhattan, darkness falls and eerie things start to go bump in the night, laying bare their deepest fears - and the love that binds them together. Now streaming on SHOWTIME.">
<meta name="sho:video_duration" content="0:00">
<meta property="og:description" content="As three generations of Erik Blake's family gather to celebrate Thanksgiving at his daughter's apartment in Manhattan, darkness falls and eerie things start to go bump in the night, laying bare their deepest fears - and the love that binds them together. Now streaming on SHOWTIME.">
<meta name="page-tracking" content="sho:video:The Humans Trailer">
<meta property="og:image" content="https://www.sho.com/site/image-bin/images/0_0_3493874/0_0_3493874_tr101_1280x640.jpg">
<meta name="sho:image" content="https://www.sho.com/site/image-bin/images/0_0_3493874/0_0_3493874_tr101_640x320.jpg">
<script src="https://cdn.optimizely.com/js/16939480261.js"></script>
<style type="text/css">…</style>
<!-- BEGIN onetrust/optanon for all environments [isLiveServer=true]-->
<script src="https://cdn.cookielaw.org/scripttemplates/otSDKStub.js" data-domain-script="26be3d9b-65cb-4c6e-a3f6-d0d1ee1f4ae2" type="text/javascript" charset="UTF-8"></script>
<script type="text/javascript">…</script>
<script src="//production-cmp.isgprivacy.cbsi.com/dist/optanon-v1.1.0.js" type="text/javascript" async></script>
<!-- END onetrust/optanon -->
<script src="/www/sho/lib/omniture/VisitorAPI.js"></script>
<link rel="shortcut icon" href="https://www.sho.com/assets/images/favicon/favicon.ico">
<link rel="stylesheet" href="/www/sho/stylesheets/sho.min.css?v=7.253.3">
<link href="//players.brightcove.net/videojs-ima3/2/videojs.ima3.min.css" rel="stylesheet">
<script> var omniture_rsid = "cbssho,cbsshoglobal"; </script>
<script src="https://cdn.cookielaw.org/scripttemplates/6.23.0/otBannerSdk.js" async type="text/javascript"></script>
<script src="//production-cmp.isgprivacy.cbsi.com/cps/shamanNotifier.js" async></script>
<script src="//assets.adobedtm.com/b5d94cfc1912/eed19d587c79/launch-502b002068e8.min.js" async></script>
<!-- BEGIN sho overrides to onetrust's privacy policy overlay -->
<style type="text/css">…</style>
<!-- END sho overrides -->

Source: https://www.sho.com/super-pumped



| | |
|---|---|
| |   Source: https://www.sho.com/search/?q=love+fraud   |





Source: Actual usage of Chrome DevTools to show the instructions stored on the main server communicate the identity of the various serving nodes (i.e., various channels or media content providers) to the client device.

<table>
<tr>
<td>c) thereby enabling the client to request transmission of the specified content from the node server; and</td>
<td>
As shown below, the user may request transmission i.e., watch the specified content (e.g., movies, series, sports, comedy, etc.) from various serving nodes (i.e., various channels or media content providers, etc.) that are providing the specified content.

Source: https://www.sho.com/titles/3493874/the-humans

</td>
</tr>
</table>



Source: https://www.sho.com/search/?q=love+fraud



Source: Actual usage of Chrome DevTools to show the instructions stored on the main server enables the user to watch the desired content from the different serving nodes (i.e., various channels or media content providers, etc.).

| | Time | Source | Destination | Protocol | Length | Info |
|---|---|---|---|---|---|---|
| 952 | 38.856133 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | [TCP Out-Of-Order] 443 → 51429 [ACK] Seq=103073 Ack=1289 Win=31744 Len=1460 |
| 953 | 38.856226 | 192.168.0.102 | 23.53.240.51 | TCP | 54 | 51429 → 443 [ACK] Seq=1289 Ack=95420 Win=131328 Len=0 |
| 954 | 38.856332 | 192.168.0.102 | 23.53.240.51 | TCP | 66 | 51429 → 443 [ACK] Seq=1289 Ack=98340 Win=131328 Len=0 SLE=104533 SRE=104713 |
| 955 | 38.856417 | 192.168.0.102 | 23.53.240.51 | TCP | 66 | 51429 → 443 [ACK] Seq=1289 Ack=98693 Win=130816 Len=0 SLE=104533 SRE=104713 |
| 956 | 38.856492 | 192.168.0.102 | 23.53.240.51 | TCP | 54 | 51429 → 443 [ACK] Seq=1289 Ack=104713 Win=131328 Len=0 |
| 957 | 38.876350 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | 443 → 51429 [ACK] Seq=104713 Ack=1289 Win=31744 Len=1460 [TCP segment of a reassembled PDU] |
| 958 | 38.876350 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | 443 → 51429 [ACK] Seq=106173 Ack=1289 Win=31744 Len=1460 [TCP segment of a reassembled PDU] |
| 959 | 38.876350 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | 443 → 51429 [ACK] Seq=107633 Ack=1289 Win=31744 Len=1460 [TCP segment of a reassembled PDU] |
| 960 | 38.876350 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | 443 → 51429 [ACK] Seq=109093 Ack=1289 Win=31744 Len=1460 [TCP segment of a reassembled PDU] |
| 961 | 38.876350 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | 443 → 51429 [ACK] Seq=110553 Ack=1289 Win=31744 Len=1460 [TCP segment of a reassembled PDU] |
| 962 | 38.876350 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | 443 → 51429 [ACK] Seq=112013 Ack=1289 Win=31744 Len=1460 [TCP segment of a reassembled PDU] |
| 963 | 38.876350 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | [TCP Previous segment not captured] 443 → 51429 [ACK] Seq=119313 Ack=1289 Win=31744 Len=1460 [TCP segment of |
| 964 | 38.876350 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | [TCP Out-Of-Order] 443 → 51429 [ACK] Seq=113473 Ack=1289 Win=31744 Len=1460 [TCP segment of a reassembled PDU |
| 965 | 38.876350 | 23.53.240.51 | 192.168.0.102 | TCP | 407 | 443 → 51429 [PSH, ACK] Seq=120773 Ack=1289 Win=31744 Len=353 [TCP segment of a reassembled PDU] |
| 966 | 38.876522 | 192.168.0.102 | 23.53.240.51 | TCP | 66 | 51429 → 443 [ACK] Seq=1289 Ack=113473 Win=131328 Len=0 SLE=119313 SRE=120773 |
| 967 | 38.876727 | 192.168.0.102 | 23.53.240.51 | TCP | 66 | 51429 → 443 [ACK] Seq=1289 Ack=114933 Win=131328 Len=0 SLE=119313 SRE=120773 |
| 968 | 38.876880 | 192.168.0.102 | 23.53.240.51 | TCP | 66 | [TCP Dup ACK 967#1] 51429 → 443 [ACK] Seq=1289 Ack=114933 Win=131328 Len=0 SLE=119313 SRE=121126 |
| 969 | 38.879116 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | [TCP Out-Of-Order] 443 → 51429 [ACK] Seq=114933 Ack=1289 Win=31744 Len=1460 [TCP segment of a reassembled PDU |
| 970 | 38.879116 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | [TCP Out-Of-Order] 443 → 51429 [ACK] Seq=116393 Ack=1289 Win=31744 Len=1460 [TCP segment of a reassembled PDU |
| 971 | 38.879116 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | [TCP Out-Of-Order] 443 → 51429 [ACK] Seq=117853 Ack=1289 Win=31744 Len=1460 |
| 972 | 38.879116 | 23.53.240.51 | 192.168.0.102 | TLSv1.2 | 1514 | [TCP Previous segment not captured] , Ignored Unknown Record |
| 973 | 38.879116 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | [TCP Out-Of-Order] 443 → 51429 [ACK] Seq=121126 Ack=1289 Win=31744 Len=1460 |
| 974 | 38.879116 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | [TCP Out-Of-Order] 443 → 51429 [ACK] Seq=122586 Ack=1289 Win=31744 Len=1460 |
| 975 | 38.879116 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | [TCP Out-Of-Order] 443 → 51429 [ACK] Seq=124046 Ack=1289 Win=31744 Len=1460 |
| 976 | 38.879276 | 192.168.0.102 | 23.53.240.51 | TCP | 54 | 51429 → 443 [ACK] Seq=1289 Ack=121126 Win=131328 Len=0 |
| 977 | 38.879484 | 192.168.0.102 | 23.53.240.51 | TCP | 66 | [TCP Dup ACK 976#1] 51429 → 443 [ACK] Seq=1289 Ack=121126 Win=131328 Len=0 SLE=125506 SRE=126966 |
| 978 | 38.879652 | 192.168.0.102 | 23.53.240.51 | TCP | 54 | 51429 → 443 [ACK] Seq=1289 Ack=126966 Win=131328 Len=0 |
| 979 | 38.880691 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | 443 → 51429 [ACK] Seq=126966 Ack=1289 Win=31744 Len=1460 [TCP segment of a reassembled PDU] |
| 980 | 38.880691 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | [TCP Previous segment not captured] 443 → 51429 [ACK] Seq=132806 Ack=1289 Win=31744 Len=1460 [TCP segment of |
| 981 | 38.880691 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | [TCP Out-Of-Order] 443 → 51429 [ACK] Seq=128426 Ack=1289 Win=31744 Len=1460 [TCP segment of a reassembled PDU |

| | Time | Source | Destination | Protocol | Length | Info |
|---|---|---|---|---|---|---|
| 844 | 21.693143 | 54.192.171.21 | 192.168.0.102 | TLSv1.2 | 444 | Application Data |
| 845 | 21.705117 | 192.168.0.102 | 192.168.0.1 | DNS | 82 | Standard query 0x51f2 A videosho.akamaized.net |
| 846 | 21.721100 | 192.168.0.102 | 54.192.171.24 | TLSv1.2 | 174 | Application Data |
| 847 | 21.721297 | 192.168.0.102 | 54.192.171.24 | TLSv1.2 | 93 | Application Data |
| 848 | 21.737350 | 192.168.0.102 | 54.192.171.21 | TCP | 54 | 53344 → 443 [ACK] Seq=1438 Ack=7257 Win=131072 Len=0 |
| 849 | 21.756006 | 192.168.0.1 | 192.168.0.102 | DNS | 143 | Standard query response 0x51f2 A videosho.akamaized.net CNAME a1814.d.akamai.net A 23.53.240.34 A 23.53.240.2 |
| 850 | 21.758262 | 192.168.0.102 | 23.53.240.34 | QUIC | 1292 | Client Hello |
| 851 | 21.758783 | 192.168.0.102 | 23.53.240.34 | QUIC | 494 | 0-RTT, DCID=9c7d7b4ae67620b4 |
| 852 | 21.767624 | 54.192.171.24 | 192.168.0.102 | TCP | 54 | 443 → 53167 [ACK] Seq=1 Ack=121 Win=137 Len=0 |
| 853 | 21.767624 | 54.192.171.24 | 192.168.0.102 | TLSv1.2 | 93 | Application Data |
| 854 | 21.768717 | 54.192.171.24 | 192.168.0.102 | TCP | 54 | 443 → 53167 [ACK] Seq=1 Ack=160 Win=137 Len=0 |
| 855 | 21.768752 | 192.168.0.102 | 54.192.171.24 | TCP | 54 | 53167 → 443 [ACK] Seq=160 Ack=40 Win=514 Len=0 |
| 856 | 21.779825 | 54.192.171.24 | 192.168.0.102 | TLSv1.2 | 729 | Application Data |
| 857 | 21.779886 | 192.168.0.102 | 54.192.171.24 | TCP | 54 | 53167 → 443 [ACK] Seq=160 Ack=715 Win=511 Len=0 |
| 858 | 21.787719 | 192.168.0.1 | 192.168.0.102 | DNS | 143 | Standard query response 0x51f2 A videosho.akamaized.net CNAME a1814.d.akamai.net A 23.53.240.24 A 23.53.240.3 |
| 859 | 21.804174 | 23.53.240.34 | 192.168.0.102 | QUIC | 84 | Initial, SCID=9c7d7b4ae67620b4, PKN: 1 |
| 860 | 21.819133 | 23.53.240.34 | 192.168.0.102 | QUIC | 1292 | 0-RTT, SCID=9c7d7b4ae67620b4 |
| 861 | 21.819669 | 192.168.0.102 | 23.53.240.34 | QUIC | 75 | Protected Payload (KP0), DCID=9c7d7b4ae67620b4 |
| 862 | 21.845379 | 23.53.240.34 | 192.168.0.102 | QUIC | 67 | Protected Payload (KP0) |
| 863 | 22.052746 | 192.168.0.102 | 23.53.240.34 | QUIC | 75 | Protected Payload (KP0), DCID=9c7d7b4ae67620b4 |
| 864 | 22.058753 | 34.203.93.212 | 192.168.0.102 | TCP | 66 | [TCP Retransmission] 443 → 53346 [SYN, ACK] Seq=0 Ack=1 Win=26883 Len=0 MSS=1460 SACK_PERM=1 WS=256 |
| 865 | 22.058792 | 192.168.0.102 | 34.203.93.212 | TCP | 54 | [TCP Dup ACK 295#4] 53346 → 443 [ACK] Seq=569 Ack=1341555768 Win=64095 Len=0 |
| 866 | 22.094142 | 23.53.240.34 | 192.168.0.102 | QUIC | 67 | Protected Payload (KP0) |
| 867 | 22.184218 | 192.168.0.102 | 34.203.93.212 | TLSv1.2 | 698 | Application Data |
| 868 | 22.184359 | 192.168.0.102 | 34.203.93.212 | TLSv1.2 | 1380 | Application Data |
| 869 | 22.299838 | 192.168.0.102 | 23.53.240.34 | QUIC | 75 | Protected Payload (KP0), DCID=9c7d7b4ae67620b4 |
| 870 | 22.375668 | 23.53.240.34 | 192.168.0.102 | QUIC | 67 | Protected Payload (KP0) |
| 871 | 22.587131 | 192.168.0.102 | 23.53.240.34 | QUIC | 75 | Protected Payload (KP0), DCID=9c7d7b4ae67620b4 |
| 872 | 22.588142 | 34.203.93.212 | 192.168.0.102 | TCP | 54 | 443 → 53349 [ACK] Seq=1686 Ack=11220 Win=58112 Len=0 |
| 873 | 22.588142 | 34.203.93.212 | 192.168.0.102 | TLSv1.2 | 439 | Application Data |

Source: Actual usage of Wireshark (an open-source packet analyzer) shows the movement of packets between the node server in two different examples (e.g., 1. IP Address - 23.53.240.51, and 2. IP Address - 23.53.240.34) and the client device (e.g., Analyst device - IP Address 192.168.0.102).

For example, the above snapshots show the client (e.g., Analyst device - IP Address 192.168.0.102) is requesting a specified content in both examples (e.g., 1. IP Address - 23.53.240.51, and 2. IP Address - 23.53.240.34) as the packet is transmitting from the client device to the node server.

<table>
<tr>
<td>d)instructions for ascertaining that the node server transmitted the specified content to the client,</td>
<td>
As shown below, the Showtime at the request of the user, then ascertains that the specified content is being transmitted to the user from the requested node server.

</td>
</tr>
</table>





Source: Actual usage of Chrome DevTools to show the instructions stored on the main server ascertains that the specified content is being transmitted to the user from the requested node server.

| No. | Time | Source | Destination | Protocol | Length | Info |
|---|---|---|---|---|---|---|
| 952 | 38.856133 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | [TCP Out-Of-Order] 443 → 51429 [ACK] Seq=103073 Ack=1289 Win=31744 Len=1460 |
| 953 | 38.856226 | 192.168.0.102 | 23.53.240.51 | TCP | 54 | 51429 → 443 [ACK] Seq=1289 Ack=95420 Win=131328 Len=0 |
| 954 | 38.856332 | 192.168.0.102 | 23.53.240.51 | TCP | 66 | 51429 → 443 [ACK] Seq=1289 Ack=98340 Win=131328 Len=0 SLE=104533 SRE=104713 |
| 955 | 38.856417 | 192.168.0.102 | 23.53.240.51 | TCP | 66 | 51429 → 443 [ACK] Seq=1289 Ack=98693 Win=130816 Len=0 SLE=104533 SRE=104713 |
| 956 | 38.856492 | 192.168.0.102 | 23.53.240.51 | TCP | 54 | 51429 → 443 [ACK] Seq=1289 Ack=104713 Win=131328 Len=0 |
| 957 | 38.876350 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | 443 → 51429 [ACK] Seq=104713 Ack=1289 Win=31744 Len=1460 [TCP segment of a reassembled PDU] |
| 958 | 38.876350 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | 443 → 51429 [ACK] Seq=106173 Ack=1289 Win=31744 Len=1460 [TCP segment of a reassembled PDU] |
| 959 | 38.876350 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | 443 → 51429 [ACK] Seq=107633 Ack=1289 Win=31744 Len=1460 [TCP segment of a reassembled PDU] |
| 960 | 38.876350 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | 443 → 51429 [ACK] Seq=109093 Ack=1289 Win=31744 Len=1460 [TCP segment of a reassembled PDU] |
| 961 | 38.876350 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | 443 → 51429 [ACK] Seq=110553 Ack=1289 Win=31744 Len=1460 [TCP segment of a reassembled PDU] |
| 962 | 38.876350 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | 443 → 51429 [ACK] Seq=112013 Ack=1289 Win=31744 Len=1460 [TCP segment of a reassembled PDU] |
| 963 | 38.876350 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | [TCP Previous segment not captured] 443 → 51429 [ACK] Seq=119313 Ack=1289 Win=31744 Len=1460 [TCP segment of |
| 964 | 38.876350 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | [TCP Out-Of-Order] 443 → 51429 [ACK] Seq=113473 Ack=1289 Win=31744 Len=1460 [TCP segment of a reassembled PDU |
| 965 | 38.876350 | 23.53.240.51 | 192.168.0.102 | TCP | 407 | 443 → 51429 [PSH, ACK] Seq=120773 Ack=1289 Win=31744 Len=353 [TCP segment of a reassembled PDU] |
| 966 | 38.876522 | 192.168.0.102 | 23.53.240.51 | TCP | 66 | 51429 → 443 [ACK] Seq=1289 Ack=113473 Win=131328 Len=0 SLE=119313 SRE=120773 |
| 967 | 38.876727 | 192.168.0.102 | 23.53.240.51 | TCP | 66 | 51429 → 443 [ACK] Seq=1289 Ack=114933 Win=131328 Len=0 SLE=119313 SRE=120773 |
| 968 | 38.876880 | 192.168.0.102 | 23.53.240.51 | TCP | 66 | [TCP Dup ACK 967#1] 51429 → 443 [ACK] Seq=1289 Ack=114933 Win=131328 Len=0 SLE=119313 SRE=121126 |
| 969 | 38.879116 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | [TCP Out-Of-Order] 443 → 51429 [ACK] Seq=114933 Ack=1289 Win=31744 Len=1460 [TCP segment of a reassembled PDU |
| 970 | 38.879116 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | [TCP Out-Of-Order] 443 → 51429 [ACK] Seq=116393 Ack=1289 Win=31744 Len=1460 [TCP segment of a reassembled PDU |
| 971 | 38.879116 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | [TCP Out-Of-Order] 443 → 51429 [ACK] Seq=117853 Ack=1289 Win=31744 Len=1460 |
| 972 | 38.879116 | 23.53.240.51 | 192.168.0.102 | TLSv1.2 | 1514 | [TCP Previous segment not captured] , Ignored Unknown Record |
| 973 | 38.879116 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | [TCP Out-Of-Order] 443 → 51429 [ACK] Seq=121126 Ack=1289 Win=31744 Len=1460 |
| 974 | 38.879116 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | [TCP Out-Of-Order] 443 → 51429 [ACK] Seq=122586 Ack=1289 Win=31744 Len=1460 |
| 975 | 38.879116 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | [TCP Out-Of-Order] 443 → 51429 [ACK] Seq=124046 Ack=1289 Win=31744 Len=1460 |
| 976 | 38.879276 | 192.168.0.102 | 23.53.240.51 | TCP | 54 | 51429 → 443 [ACK] Seq=1289 Ack=121126 Win=131328 Len=0 |
| 977 | 38.879484 | 192.168.0.102 | 23.53.240.51 | TCP | 66 | [TCP Dup ACK 976#1] 51429 → 443 [ACK] Seq=1289 Ack=121126 Win=131328 Len=0 SLE=125506 SRE=126966 |
| 978 | 38.879652 | 192.168.0.102 | 23.53.240.51 | TCP | 54 | 51429 → 443 [ACK] Seq=1289 Ack=126966 Win=131328 Len=0 |
| 979 | 38.880691 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | 443 → 51429 [ACK] Seq=126966 Ack=1289 Win=31744 Len=1460 [TCP segment of a reassembled PDU] |
| 980 | 38.880691 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | [TCP Previous segment not captured] 443 → 51429 [ACK] Seq=132806 Ack=1289 Win=31744 Len=1460 [TCP segment of |
| 981 | 38.880691 | 23.53.240.51 | 192.168.0.102 | TCP | 1514 | [TCP Out-Of-Order] 443 → 51429 [ACK] Seq=128426 Ack=1289 Win=31744 Len=1460 [TCP segment of a reassembled PDU |

| No. | Time | Source | Destination | Protocol | Length | Info |
|---|---|---|---|---|---|---|
| 844 | 21.693143 | 54.192.171.21 | 192.168.0.102 | TLSv1.2 | 444 | Application Data |
| 845 | 21.705117 | 192.168.0.102 | 192.168.0.1 | DNS | 82 | Standard query 0x51f2 A videosho.akamaized.net |
| 846 | 21.721100 | 192.168.0.102 | 54.192.171.24 | TLSv1.2 | 174 | Application Data |
| 847 | 21.721297 | 192.168.0.102 | 54.192.171.24 | TLSv1.2 | 93 | Application Data |
| 848 | 21.737350 | 192.168.0.102 | 54.192.171.21 | TCP | 54 | 53344 → 443 [ACK] Seq=1438 Ack=7257 Win=131072 Len=0 |
| 849 | 21.756006 | 192.168.0.1 | 192.168.0.102 | DNS | 143 | Standard query response 0x51f2 A videosho.akamaized.net CNAME a1814.d.akamai.net A 23.53.240.34 A 23.53.240.2 |
| 850 | 21.758262 | 192.168.0.102 | 23.53.240.34 | QUIC | 1292 | Client Hello |
| 851 | 21.758783 | 192.168.0.102 | 23.53.240.34 | QUIC | 494 | 0-RTT, DCID=9c7d7b4ae67620b4 |
| 852 | 21.767624 | 54.192.171.24 | 192.168.0.102 | TCP | 54 | 443 → 53167 [ACK] Seq=1 Ack=121 Win=137 Len=0 |
| 853 | 21.767624 | 54.192.171.24 | 192.168.0.102 | TLSv1.2 | 93 | Application Data |
| 854 | 21.768717 | 54.192.171.24 | 192.168.0.102 | TCP | 54 | 443 → 53167 [ACK] Seq=1 Ack=160 Win=137 Len=0 |
| 855 | 21.768752 | 192.168.0.102 | 54.192.171.24 | TCP | 54 | 53167 → 443 [ACK] Seq=160 Ack=40 Win=514 Len=0 |
| 856 | 21.779825 | 54.192.171.24 | 192.168.0.102 | TLSv1.2 | 729 | Application Data |
| 857 | 21.779886 | 192.168.0.102 | 54.192.171.24 | TCP | 54 | 53167 → 443 [ACK] Seq=160 Ack=715 Win=511 Len=0 |
| 858 | 21.787719 | 192.168.0.1 | 192.168.0.102 | DNS | 143 | Standard query response 0x51f2 A videosho.akamaized.net CNAME a1814.d.akamai.net A 23.53.240.24 A 23.53.240.3 |
| 859 | 21.804174 | 23.53.240.34 | 192.168.0.102 | QUIC | 84 | Initial, SCID=9c7d7b4ae67620b4, PKN: 1 |
| 860 | 21.819133 | 23.53.240.34 | 192.168.0.102 | QUIC | 1292 | 0-RTT, SCID=9c7d7b4ae67620b4 |
| 861 | 21.819669 | 192.168.0.102 | 23.53.240.34 | QUIC | 75 | Protected Payload (KP0), DCID=9c7d7b4ae67620b4 |
| 862 | 21.845379 | 23.53.240.34 | 192.168.0.102 | QUIC | 67 | Protected Payload (KP0) |
| 863 | 22.052746 | 192.168.0.102 | 23.53.240.34 | QUIC | 75 | Protected Payload (KP0), DCID=9c7d7b4ae67620b4 |
| 864 | 22.058753 | 34.203.93.212 | 192.168.0.102 | TCP | 66 | [TCP Retransmission] 443 → 53346 [SYN, ACK] Seq=0 Ack=1 Win=26883 Len=0 MSS=1460 SACK_PERM=1 WS=256 |
| 865 | 22.058792 | 192.168.0.102 | 34.203.93.212 | TCP | 54 | [TCP Dup ACK 295#4] 53346 → 443 [ACK] Seq=569 Ack=1341555768 Win=64095 Len=0 |
| 866 | 22.094142 | 23.53.240.34 | 192.168.0.102 | QUIC | 67 | Protected Payload (KP0) |
| 867 | 22.184218 | 192.168.0.102 | 34.203.93.212 | TLSv1.2 | 698 | Application Data |
| 868 | 22.184359 | 192.168.0.102 | 34.203.93.212 | TLSv1.2 | 1380 | Application Data |
| 869 | 22.299838 | 192.168.0.102 | 23.53.240.34 | QUIC | 75 | Protected Payload (KP0), DCID=9c7d7b4ae67620b4 |
| 870 | 22.375668 | 23.53.240.34 | 192.168.0.102 | QUIC | 67 | Protected Payload (KP0) |
| 871 | 22.587131 | 192.168.0.102 | 23.53.240.34 | QUIC | 75 | Protected Payload (KP0), DCID=9c7d7b4ae67620b4 |
| 872 | 22.588142 | 34.203.93.212 | 192.168.0.102 | TCP | 54 | 443 → 53349 [ACK] Seq=1686 Ack=11220 Win=58112 Len=0 |
| 873 | 22.588142 | 34.203.93.212 | 192.168.0.102 | TLSv1.2 | 439 | Application Data |

Source: Actual usage of Wireshark (an open-source packet analyzer) shows the movement of packets between the node server in two different examples (e.g., 1. IP Address - 23.53.240.51, and 2. IP Address - 23.53.240.34) and the client device (e.g., Analyst device - IP Address 192.168.0.102).

For example, the above snapshots show the client (e.g., Analyst device - IP Address 192.168.0.102) is receiving a requested content from the requested node in both examples (e.g., 1. IP Address - 23.53.240.51, and 2. IP Address - 23.53.240.34) as the packet is transmitting from the node server to the client device.

<table>
<tr>
<td>e) wherein an owner of the node server is offered an incentive as compensation for transmission of the specified content to the client.</td>
<td>

As shown below, Akamai offers a variety of plans at different pricing for its services. So, it must be Showtime offers an incentive as compensation to the owner of the node server (e.g., Akamai Technologies) for storage and transmission of the content to the user.

Source: Actual usage of Chrome DevTools to show the Showtime offers an incentive as compensation to the owner of the node server (e.g., Akamai Technologies) for storage and transmission of the content to the user.

<table>
<tr><th>Monthly Traffic</th><th>Akamai</th></tr>
<tr><td>6 TB plan</td><td>~ $400</td></tr>
<tr><td>25 TB plan</td><td>~ $1000</td></tr>
<tr><td>50 TB plan</td><td>~ $1700</td></tr>
<tr><td>100 TB plan</td><td>~ $2500</td></tr>
<tr><td>150 TB plan</td><td>~ $3000</td></tr>
</table>

Source: https://www.cdn77.com/compare-cdn-providers

</td>
</tr>
</table>

| | Akamai<br><br>Custom<br><br>Features<br><br>• Dynamic Content Routing<br>• Custom SSL<br>• Custom Reports<br>• Static Content Caching<br><br>Contact the vendor for detailed pricing information<br><br>Source: https://www.saasworthy.com/product/akamai/pricing |
|---|---|