David A. Ward
**KLUGER HEALEY, LLC**
521 Newman Springs Road, Suite 23
Lincroft, New Jersey 07738
732-852-7500
Attorneys for Plaintiff
  Dward@klugerhealey.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC, *Plaintiff*, v. SHOWTIME NETWORKS, INC., SHOWTIME DIGITAL, INC. and PARAMOUNT GLOBAL, *Defendants*. | CIV. NO.  24-cv-1103 **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I David Ward, on behalf of Plaintiff Quantum Technology Innovations, LLC, move this Court for an Order granting Randall Garteiser, Esq., admission to practice Pro Hac Vice to appear as counsel for Plaintiff Quantum Technology Innovations, LLC in the above-captioned action.

Accompanying this motion is the Declaration of Mr. Garteiser certifying that he is in good standing of the bar of the state of Texas and there are no pending disciplinary proceedings against him in any state or federal court. Mr. Garteiser has never been convicted of a felony. Mr. Garteiser has never been censured, suspended, disbarred or denied admission or readmission by any court. Mr. Garteiser's affidavit required pursuant to Local Rule 1.3 is attached.

Date: June 18, 2024

Respectfully Submitted,

*/s/ David A. Ward*
David A. Ward
Kluger Healey, LLC