**Kluger Healey, LLC**
Attorneys at Law

DAVID A. WARD
dward@klugerhealey.com
Admitted in NJ and NY

521 Newman Springs Road, Suite 23
Lincroft, New Jersey 07738
P: (732) 852-7500
F: (888) 635-1653
www.klugerhealey.com

June 19, 2024

<u>*Via ECF*</u>
Honorable Margaret M. Garnett, USDJ
United States District Court
Southern District of New York
40 Foley Square, Room 906
New York, NY 10007

    Re: <u>**Quantum Technology Innovations, LLC v. Showtime Networks, Inc., et al.**</u>
       **24cv1103 (MMG)**
       **Letter Motion Requesting Leave for Remote Appearance**

Your Honor:

  We represent Plaintiff Quantum Technology Innovations, LLC in the above matter.  We write with the consent of our adversary, pursuant to Rule II.A.1 of the Court's Individual Practices, to request that Randall Garteiser, Esq., be permitted to appear telephonically at the hearing scheduled for June 25, 2024 at 9:30 AM.  The reason for this request is that Mr. Garteiser, admitted pro hac vice and trial counsel for Plaintiff in this matter, resides in Texas and the excess travel would be a burden at this time.  I will be attending the conference in person on behalf of Plaintiff.

          Respectfully yours,

          */s/ David A. Ward*
          DAVID A. WARD

cc (via ECF): Sharon Davis, Esq.
        Michael Jones, Esq.
        Randall Garteiser, Esq.

---

    **Fairfield, NJ**        **New York, NY**        **Philadelphia, PA**