UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUANTUM TECHNOLOGY INNOVATIONS, LLC,

                Plaintiff,

-against-

SHOWTIME NETWOKS, INC., et al.,

                Defendants.

24-CV-01103 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    Upon receipt of Plaintiff's June 19, 2024 letter (Dkt. No. 31) requesting that one of its attorneys appear virtually for the Initial Pretrial Conference scheduled in the above-captioned matter on Tuesday, June 25, 2024, it is hereby ORDERED that counsel for **all** parties shall appear for an Initial Pretrial Conference on **Tuesday, June 25, 2024 at 9:45 a.m. on Microsoft Teams video conference**. The Teams meeting ID and passcode are provided below, and a direct link to the meeting will be sent separately to counsel prior to the conference. Counsel are directed to the Court's Individual Rule II(A)(2) for procedures pertaining to video conferences with the Court.

    The meeting ID for the conference is 257028362687. The passcode is mZM3hq.

Dated: June 21, 2024
       New York, New York

                              SO ORDERED.

                              MARGARET M. GARNETT
                              United States District Judge